



EXHIBIT A - PAGE 2





EXHIBIT A - PAGE 4





EXHIBIT A - PAGE 6



EXHIBIT A - PAGE 7