JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DAVIS GASH,<br><br>Plaintiff,<br><br>v.<br><br>1811 N. WHITLEY, LLC; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No: 2:20-cv-10809-RGK-AFM<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiff's Complaint and dismisses with prejudice Plaintiff's complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: March 3, 2021

By: _/s/ Gary Klausner_____
Hon. R. Gary Klausner
United States District Judge